BEFORE THE SECOND DIVISION, MARCH 26, 1958

No. 61734.—Goody Novelty Company v. United States, protest 303892–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

No. 61735.—Intra Mar Transport Corp. v. United States, protest 310500–K (New York).

Opinion by RAO, J.   The protest was dismissed.